CO-386-online
10/03

# United States District Court
# For the District of Columbia

Powell Green                                )
                                            )
                                            )
                                            )
            vs       Plaintiff              )   Civil Action No. 06-1929
                                            )
Wachovia Bank, N.A., et al.                 )
                                            )
                                            )
                    Defendant               )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Wachovia Bank, N.A.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Wachovia Bank, NA__ which have any outstanding securities in the hands of the public:

Wachovia Corporation

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

433469
BAR IDENTIFICATION NO.

Grady C. Frank, Jr.
Print Name

Troutman Sanders LLP, 1660 International Dr., Suite 600
Address

McLean, Virginia 22102
City        State        Zip Code

(703) 734-4334
Phone Number