IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

POWELL GREEN
   Plaintiff

v.

WACHOVIA BANK N.A.
  et al.
   Defendants

Case No. 1:06CV01929 PLF

### AGREED ORDER RELATING TO FILING DEADLINES FOR MOTION TO REMAND AND OPPOSITION TO MOTION TO DISMISS

The Plaintiff, Powell Green, and Defendant Wachovia Bank, by and through their undersigned counsel, hereby jointly file this stipulation agreeing as follows:

1. That Plaintiff will file his Motion to Remand on or before December 1, 2006;

2. That Plaintiff's Memorandum in Opposition to Defendant's pending Motion to Dismiss Counts 3, 4 and 6 of the Complaint shall not be due until seven (7) days following resolution of the Motion to Remand; and

3. If Plaintiff determines that he does not intend to file a Motion to Remand, his Opposition to Defendant's Motion to Dismiss shall be filed in this Court on or before December 8, 2006.

ORDERED that the filing deadlines are modified in accordance with the aforesaid agreement of the parties.

DATE: 11/21/06

_____
Judge, United States District Court
for the District of Columbia

1

SEEN AND AGREED:

 /s/ Dawn C. Stewart
Dawn C. Stewart, Esq. (DC Bar No. 458555)
STEWART & HENRY, PLLC
1050 Connecticut Ave., N.W.
Tenth Floor
Washington, DC 20036
(202) 772-1080
Fax: 202-521-0616

Counsel to Plaintiff Powell Green


 /s/ Grady C. Frank
Grady C. Frank, Jr. (DC Bar No. 433469)
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, VA  22102
(703) 734-4334
Fax: (703) 734-4340

Counsel to Defendant Wachovia Bank