## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| POWELL GREEN : | |
| : | |
| Plaintiff : | |
| : | |
| v.   : | Case No. 1:06CV01929  PLF |
| : | |
| WACHOVIA BANK, N.A., *et al.* : | |
| : | |
| Defendants : | |

## PROPOSED ORDER

Upon consideration of Plaintiff's Motion for Remand filed December 1, 2006, it is hereby

ORDERED that Plaintiff's Motion for Remand is GRANTED and this matter shall be remanded to the Superior Court for the District of Columbia.

Date: _____              _____
                                    Judge, United States District Court
                                       for the District of Columbia