IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

POWELL GREEN               :
                           :
         Plaintiff         :
                           :
    v.                     :    Case No. 1:06CV01929 PLF
                           :
WACHOVIA BANK, N.A., et al. :
                           :
         Defendants        :

## CERTIFICATE REGARDING DISCOVERY

I hereby certify that Plaintiff Powell Green served his First Set of Interrogatories and Request for Production of Documents to Defendant Wachovia Bank via first class mail, postage prepaid, this 6th day of December, 2006 on:

> Grady C. Frank, Jr., Esq.
> TROUTMAN SANDERS LLP
> 1660 International Drive, Suite 600
> McLean, VA  22102
>
> Betty Green
> 3298 Fort Lincoln Drive # 908
> Washington, D.C. 20018

This discovery is identical to discovery of the same title propounded while this matter was pending in the Superior Court for the District of Columbia, prior to its removal to this Court.

> Respectfully Submitted,
>
> **POWELL GREEN**
> By Counsel

1

/s/ Dawn C. Stewart_____
Dawn C. Stewart, Esq. (DC Bar No. 458555)
Donna H. Henry, Esq. (DC Bar No. 414599)
STEWART & HENRY, PLLC
1050 Connecticut Ave., N.W.
Tenth Floor
Washington, DC 20036
Phone: (202) 772-1080
Fax: (202) 521-0616


Amy R. Mix, Esq. (DC Bar No. 483483)
James T. Sugarman, Esq. (DC Bar No. 465885)
AARP Legal Counsel for the Elderly
601 E Street, NW
Washington, DC  20049
202.434.2171
Fax: 202.434.6464

Counsel for Plaintiff