IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| POWELL GREEN | : | |
|  | : | |
| Plaintiff | : | |
|  | : | |
| v. | : | Case No. 1:06CV01929  PLF |
|  | : | |
| WACHOVIA BANK, N.A., et al. | : | |
|  | : | |
| Defendants | : | |

**PLAINTIFF POWELL GREEN'S INITIAL DISCLOSURES**

COMES NOW the Plaintiff Powell Green, by and through his undersigned counsel, and pursuant to Rule 26(a)(1), makes the following initial disclosures based on the best information available to Plaintiff and his counsel as of the date hereof:

**(A)   The Identity of Parties That Powell Green May Use to Support His Claims.**

Plaintiff Powell Green may rely upon the following parties to support his claims in a trial of this matter:

> Powell Green
> 3005 Bladensburg Rd., NE Apt. 322
> Washington, DC 20018
> Plaintiff
>
> Betty Green
> 3298 Fort Lincoln Drive, NE #908
> Washington, DC  20018
> Defendant
>
> John Green
> 3298 Fort Lincoln Drive, NE #908
> Washington, DC  20018
> Mr. John Green was present when the relevant Wachovia accounts were set up and is a co-signer on these accounts.  He is also the husband of Defendant Betty Green.

Richard B. Treanor, Esq.
613 4th Place, SW
Washington, DC 20024
Mr. Treanor is the attorney who assisted Powell Green with the transaction involving the sale of his house. He also has knowledge regarding Powell Green's discovery of the fraud on his Wachovia accounts.

Stephanie Miller
Assistant US Attorney
202-514-7640
Ms. Miller was the prosecutor in criminal action against Betty Green.

Charlotte Green
(no contact information available at this time)
Charlotte Green, Powell Green's daughter, has general information regarding Powell Green's physical condition at times relevant to this proceeding.

All persons identified by either Defendant in their Initial Disclosures including all persons identified in any documents produced to Plaintiff by either Defendant.

**(B)    Documents That Powell Green May Use to Support His Claims**

(i)    Plaintiff Powell Green may rely upon copies of checks, deposit items, withdrawal items and statements for Wachovia Crown Classic Banking checking account number xxxxxxxxx1587 and Wachovia High Performance Money Market Account No. xxxxxxxxx4960. These documents, all of which were provided to Plaintiff by Wachovia Bank, are in the possession of Plaintiff's counsel and are available for inspection and copying.

(ii)    Plaintiff may rely upon documents relating to the criminal prosecution of Betty Green, all of which documents currently in the possession of Plaintiff are provided to the opposing parties herewith.

(iii)    Plaintiff may rely upon carbon check registers for checks numbered 1001-1050 and 1076-1127 (checking account number xxxxxxxxx1587). These registers are in the possession of Plaintiff's counsel and are available for inspection and copying.

(iv) Plaintiff may rely on the additional documents provided to the opposing parties herewith.

(v) Plaintiff may rely on other documentation obtained through the course of discovery.  If so, this disclosure will be supplemented.

**(C)    Computation of Any Damages**

Plaintiff's principal damages, exclusive of costs, interest and attorneys fees, include the following categories of losses with respect to Wachovia Crown Classic Banking checking account number xxxxxxxxx1587 and Wachovia High Performance Money Market Account No. xxxxxxxxx4960:

(i) all checks or withdrawals purportedly signed by John Green;

(ii) all checks or withdrawals payable to Betty Green;

(iii) all ATM withdrawals; and

(iv) all Wachovia fees related to unauthorized transactions.

A chart showing Plaintiff's calculation of this category of damages is as follows:

| | |
|---|---:|
| **Money Market 4960** | |
| 6 Forged checks # 93-100 | $25,200.00 |
| 11/13, 12/1, 12/19/03 unauthorized withdrawals | $7,500.00 |
| Wachovia service charges for unauthorized transactions 10/03-10/04 | $90.00 |
| Total Money Market | $32,790.00 |
| | |
| **Checking Acct. 1587** | |
| 84 checks dated 10/19/03-9/18/04 forged in the name of John Green | $122,217.40 |
| 11 checks dated 12/19/03-5/28/04 payable to Betty Green forged in the name of Powell Green | $11,840.00 |
| 417 ATM transactions 3/22/03-10/04 | $120,173.95 |
| Wachovia service charges for unauthorized transactions 10/03-10/04 | $748.00 |
| Total checking | $254,979.35 |
| | |
| **TOTAL DAMAGES** | **$287,769.35** |

The documents upon which such calculation is based are the same documents referenced in (B)(i) above, and are in the possession of Plaintiff's counsel available for inspection and copying. The amount of such damages sought by Plaintiff will be offset by any amounts received by Plaintiff from Betty Green pursuant to the restitution order in the criminal proceeding against her.

In addition to direct damages, Plaintiff is seeking with respect to Defendants Wachovia Bank and Betty Green, prejudgment and postjudgment interest as may be provided by law, plus punitive or exemplary damages in the amount of $1,000,000.

Additionally, with respect to defendant Wachovia Bank and pursuant to the D.C. Consumer Protection Procedures Act, Plaintiff is seeking treble Plaintiff's principal damages of $287,769.35 ($863,308.05) or $1500 per violation of the CPPA, whichever is greater; and reasonable attorneys fees.

**(D)** **Any Insurance Agreements Which May Be Liable to Satisfy Part or All of a Judgment**

None known.

**(E)** **General statement.**

Pursuant to Federal Rule of Civil Procedure 26(b), Plaintiff is withholding from production all documents protected by the attorney-client privilege and work-product doctrine. Plaintiff reserves the right to supplement and amend these disclosures as discovery and investigation into this case continues.

                                              Respectfully Submitted,

                                              **POWELL GREEN**
                                              By Counsel

_____/s/ Dawn C. Stewart_____
Dawn C. Stewart, Esq. (DC Bar No. 458555)
Donna H. Henry, Esq. (DC Bar No. 414599)
STEWART & HENRY, PLLC
1050 Connecticut Ave., N.W.
Tenth Floor
Washington, DC 20036
(202) 772-1080
Fax: 202-521-0616

Amy R. Mix, Esq. (DC Bar No. 483483)
James T. Sugarman, Esq. (DC Bar No. 465885)
AARP Legal Counsel for the Elderly
601 E Street, NW
Washington, DC 20049
202.434.2171
Fax: 202.434.6464

Counsel for Plaintiff

5

## Certificate of Service

The foregoing was sent via first class mail postage prepaid and/or electronic means this 11th day of December, 2006 to:

>Grady C. Frank, Jr., Esq.
>TROUTMAN SANDERS LLP
>1660 International Drive, Suite 600
>McLean, VA  22102
>
>Betty Green
>3298 Fort Lincoln Drive # 908
>Washington, D.C. 20018

                                                                 /s/ Dawn C. Stewart