IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

POWELL GREEN                          :
          Plaintiff        :
                               :
   v.                                 :   Case No. 1:06CV01929  PLF
                               :
WACHOVIA BANK N.A., ET. AL.           :

REPORT AND JOINT DISCOVERY PLAN
OF THE PARTIES PURSUANT TO RULE 26(f)

Plaintiff, POWELL GREEN ("Green"), and Defendants, BETTY GREEN ("Defendant Green") and WACHOVIA BANK N.A. ("Wachovia"), (Powell Green and Wachovia by their counsel) and Defendant Betty Green, *pro se*, respectfully submit this Report to the Court addressing pretrial issues and stating their proposal for a Discovery Plan in this action, pursuant to Fed. R. Civ. P. 26(f).

    1.    <u>Rule 26(f) Conference of Counsel</u>:  Grady C. Frank, Esq., on behalf of Defendant Wachovia, Dawn C. Stewart, Esq., Donna H. Henry, Esq., Amy R. Mix, Esq., and James T. Sugarman, Esq., on behalf of Powell Green, and Betty Green, *pro se*, conferred on December 5, 2006, for purposes of complying with the requirements of Rule 26(f).

    2.    <u>Report and Plan Filing Date</u>:  The filing date of the parties' Report and Joint Discovery Plan is December 29, 2006.

    3.    <u>Initial Pretrial Conference</u>:  The Initial Pretrial Conference for this case is not yet scheduled.

4. <u>Claims and Defenses:</u>  As provided in Rule 26(f), counsel have considered the nature and bases of their respective claims and defenses.

5. <u>Settlement:</u>  As provided in Rule 26(f), counsel have considered the possibilities for a prompt settlement or resolution of the case.  Defendant Wachovia and plaintiff Powell Green are considering the possibility of mediation.

6. <u>Trial by Magistrate</u>:  The parties do not, at this time, consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

7. <u>Discovery Plan</u>:  The parties do not request any alterations in the limits on discovery under the federal and local rules (except as set forth below), nor do they foresee any need to proceed in phases or to limit or focus discovery on certain issues.  The parties propose the following discovery schedule:

(a) <u>Initial Disclosures Under 26(a)(1):</u>  The parties agree to exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) by December 11, 2006, with the exception of Defendant Green, who will make her Initial Disclosures by December 15, 2006.

(b) <u>Amendments:</u> Motions to join other parties or to amend the pleadings shall be filed by February 15, 2007.

(c) <u>Plaintiff's Disclosures Under 26(a)(2):</u>  Disclosure of the Plaintiff's expert witnesses and expert reports shall be completed by March 15, 2007.

(d) <u>Defendants' Disclosures Under 26(a)(2):</u>  Disclosure of the Defendants' expert witnesses and expert reports (both as rebuttal in response to Plaintiff's experts, as well as experts initiated by the Defendants) shall be completed by April 15, 2007.

(e) <u>Rebuttal Disclosures Under 26(a)(2):</u>  Disclosure of Plaintiff's rebuttal expert witnesses and reports shall be completed by May 1, 2007.

(f) <u>Discovery Completion:</u>  All fact and expert discovery shall be completed by June 15, 2007, as provided in the Initial Pretrial Conference Order.

(g) <u>Final Pretrial Conference:</u>  The Final Pretrial Conference shall be held at a date and time to be determined by the Court.

(h) <u>Disclosures Under 26(a)(3):</u>  The parties shall make their Rule 26(a)(3) Disclosures at least thirty (30) days prior to trial, as provided by the Federal Rules.

8. <u>Other Issues</u>:

A Motion to Remand this case to the Superior Court for the District of Columbia is currently pending.

Respectfully submitted,

/s/ Dawn C. Stewart
Dawn C. Stewart, Esq.
STEWART & HENRY PLLC
Counsel for Plaintiff, Powell Green
1050 Connecticut Avenue, N.W., 10th Fl.
Washington, DC  20030
202.772.1080 (phone)
202.521.0616 (fax)
*dstewart@stewarthenrylaw.com*

3

/s/ James T. Sugarman
Amy R. Mix, Esq. (DC Bar No. 483483)
James T. Sugarman, Esq. (DC Bar No. 465885)
AARP Legal Counsel for the Elderly
601 E Street, NW
Washington, DC  20049
202.434.2171 (phone)
202.434.6464 (fax)


/s/ Grady S. Frank, Jr.
Grady C. Frank, Jr., Esq. (DC Bar No. 433469)
TROUTMAN SANDERS LLP
Counsel for Wachovia
1660 International Drive, Suite 600
McLean, VA  22102
703.734.4334 (phone)
703.734.4340 (fax)



/s/ Betty Green
Betty Green, *pro se*
3298 Fort Lincoln Drive # 908
Washington, D.C. 20018

26fdiscrep
311476