RECEIVED
DEC 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

POWELL GREEN                :
        Plaintiff      :
                       :  Case No. 1:06CV01929 EGS
V.                          :
                       :
BETTY GREEN and WACHOVIA BANK N. A., ET. AL   :

### INITIAL DISCLOSURES UNDER 26(a) (1):

I respectful submit this initial disclosure is made without the benefit of any legal counsel, any discovery information and prior to plaintiff's answers. I reserve the right to amend this disclosure to add additional witnesses in my defense until I am able to seek proper legal representation.

    I.   The individuals below have limited discoverable information that may be used in defense of these claims. The information include full knowledge of the dispute, in the manner of facts pertaining to but not limited to, copies of legal documents associated with prior court proceedings and final decisions of the court. All of the documents are on record with DC Superior Court.

    1.   Betty Green (Defendant)
          3298 Fort Lincoln Drive #908
          Washington, DC 20018

    2.   John Green (Husband/Brother of Powell Green)
          3298 Fort Lincoln Drive #908
          Washington, DC 2001

Signature and Address

Phone No. (202) 832-7581

Defendant
Pro se        *Betty Green*  #908
              3298 Fort Lincoln Dr.
              Wash, DC 20018

**Certificate of Service**
This is to certify that I have this day served the opposing party I the foregoing matter with a copy of the pleading by depositing in the United States mail a copy of the same in a properly addressed envelope with adequate postage thereon.
This 15th day of December, 2006.