### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**POWELL GREEN,**
              Plaintiff

    v.
                                  Case No. 1:06CV01929 PLF

**WACHOVIA BANK, N.A.**
      *et al.*
             Defendants.

### CERTIFICATE OF DISCOVERY

      I hereby certify that on the 5th day of January, 2007, a copy of Defendant Wachovia Bank, N.A.'s Objections to Plaintiff Powell Green's First Set of Interrogatories and Request for Production was sent via facsimile and first class mail, postage pre-paid to:

Dawn C. Stewart, Esq. (DC Bar No. 458555)
Donna H. Henry, Esq. (DC Bar No. 414599)
STEWART & HENRY, PLLC
1050 Connecticut Ave., N.W.
Tenth Floor
Washington, DC 20036
*Counsel for Plaintiff*

Amy R. Mix, Esq. (DC Bar No. 483483)
James T. Sugarman, Esq. (DC Bar No. 465885)
AARP Legal Counsel for the Elderly
601 E Street, NW
Washington, DC 20049
*Counsel for Plaintiff*

      I further certify that a copy of the foregoing was mailed via first-class mail, postage prepaid, to the following:

Betty Green
3298 Fort Lincoln Drive, N.E. #908
Washington, D.C. 20018
*Pro Se Defendant*

I further certify that I will maintain the originals of these objections in my file pending completion of the action, and that I will make the original available for inspection by any other notary upon reasonable request.

Respectfully Submitted,
**DEFENDANT WACHOVIA BANK, N.A.**

By:  /s/ Grady C. Frank, Jr.
Grady C. Frank, Jr.
Of Counsel

Grady C. Frank, Jr., D.C. Bar No. 433469
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, Virginia 22102
Telephone: (703) 734-4334
Facsimile: (703) 734-4340
*Counsel for Wachovia Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of January, 2007, a copy of the foregoing was mailed via facsimile and first-class mail, postage prepaid, to the following:

Dawn C. Stewart, Esq. (DC Bar No. 458555)
Donna H. Henry, Esq. (DC Bar No. 414599)
STEWART & HENRY, PLLC
1050 Connecticut Ave., N.W.
Tenth Floor
Washington, DC 20036
*Counsel for Plaintiff*

Amy R. Mix, Esq. (DC Bar No. 483483)
James T. Sugarman, Esq. (DC Bar No. 465885)
AARP Legal Counsel for the Elderly
601 E Street, NW
Washington, DC 20049
*Counsel for Plaintiff*

I further certify that a copy of the foregoing was mailed via first-class mail, postage prepaid, to the following:

Betty Green
3298 Fort Lincoln Drive, N.E. #908
Washington, D.C. 20018
*Pro Se Defendant*

                                              /s/ Grady C. Frank, Jr.
                                              Grady C. Frank, Jr.

314116