UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| POWELL GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-1929 (EGS) |
| v. | ) |
| | ) |
| WACHOVIA BANK N.A., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is by the Court hereby

**ORDERED** that plaintiff's motion for remand is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **REMANDED** to the Superior Court for the District of Columbia.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan
            United States District Judge
            May 2, 2007**

1